# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| MICHELLE WELCH, *for herself and all others similarly situated*, | Case No. 1:20-cv-894 |
| Plaintiff, | Judge Timothy S. Black |
| vs. | |
| HEALING TOUCH HEALTH SERVICES LLC, | |
| Defendant. | |

## ORDER GRANTING
## CONDITIONAL CLASS CERTIFICATION AND
## APPROVING NOTICE TO PUTATIVE MEMBERS
## OF COLLECTIVE ACTION

This civil action is before this Court on the parties' stipulation of conditional certification under the Fair Labor Standards Act, 29 U.S.C. 216(b) and notice to putative plaintiffs. (Doc. 8). Having considered the stipulation, the Court:

1. Orders that the following class is conditionally certified under 29 U.S.C. § 216(b):

> All current and former Direct Support Professionals, STNA's, LPN's, RN's, House Managers, Private Duty Aides, or other employees performing health care services for Defendant since January 1, 2019 who were paid on an hourly basis and did not receive overtime payment at a rate of one and one-half times their regular rate of pay for all hours worked in a workweek in excess of 40.

2. Approves Plaintiff's Proposed Notice of Collective Action Lawsuit and Consent to Class (Doc. 8-1);

3. Appoints Greg R. Mansell, Carrie J. Dyer, and Rhiannon M. Herbert of Mansell Law LLC as Class Counsel for the conditionally certified collective class; and

4. Approves the Notice Period, Extended Notice Periods, and notice procedures as described in the joint stipulation (Doc. 8 at 3-5).

Within 14 days of this Order, Defendant shall identify all Putative Class Members by providing a list of names, last known addresses, and last known email addresses.

Plaintiff's motion to certify class (Doc. 6) is now MOOT.

**IT IS SO ORDERED.**

Date: January 11, 2021            *s/ Timothy S. Black*
Timothy S. Black
United States District Judge